MELISSA HOLYOAK, United States Attorney (#9832)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Telephone: (801)524-5682

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RESIDENCE LOCATED AT 46 PETES RD, BLANDING, UT (37.0301521N, 109.1624244W) | Case No. 2:26mj128 CMR |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Jarrod Girod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.   I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search a single-story hogan located at 46 Petes Rd, Blanding, Utah, Coordinates 37.0301521N, 109.1624244W, hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.

2.   I am a Special Agent with the Federal Bureau of Investigation and have been since 2016.  In that capacity, I am currently assigned to investigate violations of Federal criminal laws, particularly on the Navajo and Ute Indian Reservations. As a Special Agent with the FBI, I have participated in or received training related to the investigation of violent crimes, fugitive investigations, and other criminal matters. I have conducted many search warrants and led multiple investigations related to crimes of violence.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant for the PREMISES and does not set forth all of my knowledge about this matter.

4. The FBI is investigating Tyrell Pete, an enrolled member of the Navajo Nation, for *Assault with a Dangerous Weapon* in violation of 18 U.S.C. §§ 113(a)(3) and 1153. The alleged victim is Pete's girlfriend, identified as VICTIM 1, who is also an enrolled member of the Navajo Nation. The probable cause for this search warrant is as follows.

## PROBABLE CAUSE

5. At approximately 4:50 PM on December 29, 2025, Navajo Police Department dispatch received a call from WITNESS 1 advising that her brother, Tyrell Pete, was fighting with his girlfriend, VICTIM 1. WITNESS 1 told dispatch that VICTIM 1 had left the location and WITNESS 1 was unaware of the extent of VICTIM 1's injuries. WITNESS 1 described the location of the incident as 46 Pete's Rd, Yellowrock Point Mesa, UT.

6. At approximately 4:53 PM, an individual identified as VICTIM 1 arrived in the lobby of the Shiprock Police Department. VICTIM 1 reported she was "beat up" and her boyfriend tried to kill her. Navajo Police Officer Andrew Wauneka met with VICTIM 1 in the lobby of the Shiprock Police Department and observed VICTIM 1 had a bloody and swollen face. Officer Wauneka advised VICTIM 1 to get checked at the hospital. VICTIM 1 did not want to be transported by ambulance, so Officer Wauneka followed VICTIM 1 to the emergency room as she drove herself to the hospital across the street.

7. Officer Wauneka took a statement from VICTIM 1 in which VICTIM 1 advised that her boyfriend of 4 years, Tyrell Pete, had been upset earlier in the morning. VICTIM 1 did not know why Pete was upset with her. Pete took VICTIM 1 to her work at the Four Corners regional Health Care Center in Red Mesa, Arizona. Later in the afternoon, Pete sent a text message to VICTIM 1 telling her to find her own way home. VICTIM 1 tracked Pete's location and saw that he was at a liquor store in Cortez, Colorado. VICTIM 1 asked Pete's sister for a ride home. When VICTIM 1 arrived home, Pete was not at the residence. VICTIM 1 was in the process of packing her belongings when Pete arrived back at the house. VICTIM 1 told Pete that she was leaving. VICTIM 1 could tell that Pete was intoxicated. Pete grabbed VICTIM 1 by the neck and threw her to the ground. Pete then got on top of VICTIM 1 and punched VICTIM 1 multiple times with his fist. Pete picked up a small sledgehammer and hit VICTIM 1 on the top of the head, but he did not hit her very hard. VICTIM 1 tried to crawl to the door, but Pete grabbed VICTIM 1 by the hair and dragged her back. Pete grabbed a machete that was by the door and hit VICTIM 1 in the face with the back side of the blade. Pete told VICTIM 1 that he was going to kill her.

8. VICTIM 1 was able to unlock the door to the residence and put her leg outside while Pete continued to attempt to drag VICTIM 1 back inside. VICTIM 1 yelled for Pete's sister to come to help her. Pete's sister arrived and got upset with him. VICTIM 1 was able to get away from Pete and enter her vehicle. VICTIM 1 was attempting to leave when Pete ran up to her vehicle and struck the windshield and door handle.

9. Officer Wauneka observed four red lines on VICTIM 1's forehead, redness and bruising on her right cheek, red scratch marks all over her face, and dry blood under her nose. Officer Wauneka documented these injuries with photographs.

10. On January 14, 2026, VICTIM 1 was interviewed by Special Agent (SA) Charles Fowler and Navajo Criminal Investigator (CI) Jefferson Joe. During this interview, VICTIM 1 advised that Pete has assaulted her on multiple occasions prior to the incident on December 29, 2025. VICTIM 1 recalled multiple prior incidents where Pete strangled VICTIM 1 until she began to lose consciousness and black out. VICTIM 1's statement regarding the incident that occurred on December 29th was consistent with the statement provided to Officer Wauneka. VICTIM 1 added that when she entered her vehicle to leave the residence, she did not have the keys. VICTIM 1 locked the doors, and Pete attempted to open the doors, but he could not. Pete returned to his house where he got the keys to the car as well as the machete. Pete returned to the car and attempted to gain access again. Pete and VICTIM 1 struggled over the door to the vehicle. Pete attempted to strike VICTIM 1 multiple times with the machete. Pete struck the door frame with the blade. VICTIM 1 was able to start the vehicle due to the proximity of the keys. As VICTIM 1 attempted to drive off, Pete struck the windshield with the machete breaking the glass.

11. On January 21, 2026, WITNESS 1 was interviewed by SA Jarrod Girod and CI Jefferson Joe. WITNESS 1 is the sister of Tyrell Pete. WITNESS 1 recalled giving VICTIM 1, a ride home on December 29th. WITNESS 1 arrived at the residence at approximately 3:00 P.M.

WITNESS 1 went into her parents' house and VICTIM 1 went to Pete's hogan. WITNESS 1 and VICTIM 1 were back for less than 30 minutes when WITNESS 1 heard VICTIM 1 calling for help. WITNESS 1 went over to Pete's hogan and saw that the door was open. WITNESS 1 saw that VICTIM 1 and Pete were wrestling and rolling on the floor. WITNESS 1 pushed Pete off VICTIM 1 and VICTIM 1 ran outside. VICTIM 1 entered her vehicle and locked the doors. VICTIM 1 advised she could not leave without her keys. Pete went back into his hogan and then emerged with "something like a knife." WITNESS 1 described the object as looking like a hatchet for chopping wood. WITNESS 1's mother, WITNESS 2, came out of her house and began to yell at Pete and told him that she was going to call the police. WITNESS 2 went back to her house to call the police, and Pete went back into his hogan. After Pete went into his hogan, WITNESS 1 went back to WITNESS 2's house where WITNESS 1 retrieved the "tazer" she kept in her truck. WITNESS 1 was heading back to Pete's hogan when WITNESS 2 told her that VICTIM 1 had already driven away.

12. On January 29, 2026, Tyrell Pete was interviewed at his welding school in Tees Nos Pos, Arizona by SA Girod and CI Joe. Pete recalled the incident that occurred on December 29th. Pete advised the whole incident came down to him finding out that VICTIM 1 had been cheating on him and she got an "infection." Pete had planned to kick VICTIM 1 out of his house when she returned home. Pete had packed up her belongings for her. VICTIM 1 refused to leave Pete's house, so Pete had to physically remove VICTIM 1 from his house. VICTIM 1 dropped to the floor and grabbed the leg of a table to prevent being removed. Pete's sister, WITNESS 1,

5

came over while VICTIM 1 and Pete were wrestling on the floor. WITNESS 1 got mad at Pete and told him to get off VICTIM 1. WITNESS 1 left to go get her "tazer." After VICTIM 1 entered her car, Pete attempted to gain access to the car to retrieve his belongings. Pete got upset and picked up a piece of angle iron which he threw at VICTIM 1's windshield. Pete stated he threw the angle iron as VICTIM 1 was attempting to leave. Pete advised the marks on the vehicle's door frame were also caused by the angle iron. Pete stated the injuries to VICTIM 1's face was caused by objects falling off of the back of his door while they were wrestling as well as from Pete slamming the door on VICTIM 1 while trying to get her to leave.

13. On February 11, 2026, SA Girod and CI Joe interviewed VICTIM 1. VICTIM 1 advised she attempted to call for help using her cellphone during the altercation that occurred on December 29, 2025. VICTIM 1 was unable to call for help because Pete physically took VICTIM 1's cellphone from her as she was trying to use it and then struck her in the face with the cellphone. The cellphone remained inside Pete's residence when VICTM 1 left the residence.

14. On February 11, 2026, SA Girod and CI Joe documented the damage to VICTIM 1's vehicle with additional photographs. SA Girod observed the top of the driver's door frame, and the damage appeared to have occurred when the door was open and to have been made by a sharp object.

## CONCLUSION

15. I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize the items described in Attachment B.

Respectfully submitted,

/s/ *Jarrod Girod*
JARROD GIROD
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me
on February 26, 2026:

*Cecilia M. Romero*
UNITED STATES MAGISTRATE JUDGE

# **ATTACHMENT A**

*Property to be searched*

46 Petes Rd, Yellowrock Point Mesa, Utah, Coordinates 37.0301521N, 109.1624244W



**ATTACHMENT B**

*Property to be seized*

This warrant authorizes the seizure of the items, fruits, instrumentalities, or evidence listed below, for evidence of a violation of *Assault with a Dangerous Weapon* in violation of 18 U.S.C. §§ 113(a)(3) and 1153:

1. Small sledgehammer

2. Machete

3. Hatchet

4. Angle iron

5. Victim 1's cellphone

2